William H. Klise, appellee, v. American Insurance Union, appellant. Gen. No. 29,231.

Action upon disability certificate of beneficiary society. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Frank N. Hillis, for appellant; A. W. Fulton, J. D. Karns and John V. McCormick, of counsel. Earl J. Walker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

J. Goodman, appellee, v. William Mulholand, appellant. Gen. No. 29,240.

Assumpsit for share of commissions received for selling real estate. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed on remittitur for $1,200. Opinion filed October 7, 1924. Remittitur filed October 16, 1924.

Cloyes, Klingler & Brosius, for appellant. Vincent G. Gallagher, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Laura F. Lynch, appellee, v. Herbert Nieman, appellant. Gen. No. 29,252.

Action for negligent injury to automobile in collision. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed on remittitur for $320.74. Opinion filed October 7, 1924. Remittitur filed October 15, 1924.

Preston Boyden and Joseph H. Hinshaw, for appellant; Dana R. Simpson, of counsel. Charles Daniels, for appellee.

Mr. Justice Gridley delivered the opinion of the court.